```
IN THE UNITED STATES DISTRICT COURT FOR
    THE SOUTHERN DISTRICT OF GEORGIA
            SAVANNAH DIVISION
```

| | |
|---|---|
| ROY MUNN, individually, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WIND ROSE CAFE', LLC, )<br>a Domestic Limited Liability )<br>Company; WINDROSE OF TYBEE )<br>ISLAND, INC., a Domestic )<br>Corporation; )<br>)<br>    Defendants. )<br>_____) | CASE NO. CV421-132 |

## O R D E R

Before the Court is Plaintiff Roy Munn's Voluntary Dismissal with Prejudice. (Doc. 14.) Defendant filed an answer to Plaintiff's Amended Complaint on May 23, 2021. (Doc. 7.) After an answer is filed, a plaintiff may dismiss an action only by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(i), (ii). Plaintiff's notice is not signed by both parties. (Doc. 14.) Accordingly, Federal Rule of Civil Procedure 41(a)(1) provides no grounds for voluntary dismissal. Notwithstanding, pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's

request . . . on terms that the court considers proper." Because the Court finds dismissal will not prejudice any party to this case, Plaintiff's motion (Doc. 14) is **GRANTED**. Accordingly, this action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of September 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA